UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BROWN, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. |
| v. ) | 17-12503-FDS |
| ) | |
| SEAN MEDEIROS, ) | |
| ) | |
| Respondent. ) | |

## ORDER OF DISMISSAL

**SAYLOR, J.**

On February 27, 2018, the Court issued an order directing petitioner to file a memorandum of law in support of his petition. Petitioner did not file a memorandum by that date, and instead moved that the petition be held in abeyance. The Court denied that motion, and on May 1, 2018, directed petitioner to file his memorandum in support of his petition by May 22, 2018. The Court warned him that failure to file a memorandum by that date may result in dismissal of the petition. Petitioner failed to file a memorandum by May 22. Accordingly, the petition is hereby dismissed for failure to prosecute.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: May 30, 2018
United States District Judge