UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
ANTHONY BROWN,                     )
                                   )
      Petitioner,                  )
                                   )    Civil Action No.
  v.                               )    17-12503-FDS
                                   )
SEAN MEDEIROS,                     )
                                   )
      Respondent.                  )
_____)

## ORDER ON CERTIFICATE OF APPEALABILITY

**SAYLOR, J.**

      This is a petition seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254(d). Petitioner was convicted by a jury in 2015 of burglary, breaking and entering, and possession of burglarious tools. The Court has dismissed his petition for a writ of habeas corpus. He can only appeal that dismissal if he receives a certificate of appealability. For the following reasons, the Court will not certify the appealability of this dismissal.

      A certificate of appealability will issue only if the petitioner "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). That standard is satisfied by "demonstrating that jurists of reason could disagree with the district court's resolution of [petitioner's] constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)). That standard must be independently satisfied as to "each and every issue raised by a habeas petitioner." *See Bui v. DiPaolo*, 170 F.3d 232, 236 (1st Cir. 1999).

      The Court concludes that jurists of reason could not disagree that petitioner has failed to

prosecute his claims.

Accordingly, a certificate of appealability is DENIED.

**So Ordered.**

Dated: May 30, 2018

/s/ F. Dennis Saylor
F. Dennis Saylor, IV
United States District Judge